IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-CV-002-D

ALTON L. BRICKHOUSE,           )
                               )
            Plaintiff,         )
                               )
    v.                         )    ORDER
CAROLYN W. COLVIN,             )
Acting Commissioner            )
of Social Security,            )
                               )
            Defendant          )

This matter is before the Court on defendant's Motion for Remand to the Commissioner. Plaintiff's counsel has indicated that he does not oppose the Defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision and remands, under sentence four of 42 U.S.C. § 405(g), the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED. This 18 day of September 2014.

JAMES C. DEVER III
Chief United States District Judge