AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALTON L. BRICKHOUSE, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **JUDGMENT IN A CIVIL CASE** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) **CASE NO. 2:14-CV-2-D** |
| Defendant. | ) |

**Decision by the Court.**

IT IS ORDERED AND ADJUDGED in accordance with the court's order entered on September 18, 2014, that the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 18, 2014**, AND A COPY MAILED TO:

John S. Morrison (via CM/ECF Notice of Electronic Filing)
Kathleen C. Buckner (via CM/ECF Notice of Electronic Filing)

September 18, 2014                               JULIE A. RICHARDS, Clerk
Date                                             *Eastern District of North Carolina*

                                                 /s/ Susan W. Tripp
*New Bern, North Carolina*                       *(By) Deputy Clerk*